# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIALLO E. UHURU,<br><br>    Petitioner,<br><br> v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Civil No. 08-2424 IEG (LSP)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

  The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

//

1  Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
2  **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, **no later**
3  **than March 10, 2009,** provide the Court with:  (1)  a copy of this Order together with the $5.00
4  filing fee; or (2)  a copy of this Order together with adequate proof that Petitioner cannot pay the
5  $5.00 filing fee.  **The Clerk of Court is directed to mail Petitioner a blank Application to**
6  **Proceed In Forma Pauperis form, along with a copy of this Order**.

8  **IT IS SO ORDERED.**
9  **DATED:  January 12, 2009**

10  _____
    **IRMA E. GONZALEZ, Chief Judge**
11  **United States District Court**