# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
OCT 0 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Diallo E. Uhuru

v.

John Marshall, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv2424-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **ADOPTS IN PART** Magistrate Judge Papas's Report and Recommendation, finds that Petitioner is entitled to additional periods of equitable tolling, **REJECTS** Petitioner's objections and **GRANTS** the Respondent's Motion to Dismiss the Petition as time barred. Because the Petition makes a substantial showing of the denial of a constitutional right, 28 USC 2253( c ), Court **GRANTS** a certificate of appealability. Case is closed............................................................................

| October 7, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  (signature) |
| | (By) Deputy Clerk |
| | ENTERED ON October 7, 2009 |

08cv2424-IEG(AJB)