FILED
09 OCT 21 AM 10:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIALLO E. UHURU,<br><br>　　　　　　Petitioner,<br>vs.<br>JOHN MARSHALL, Warden,<br><br>　　　　　　Respondent. | CASE NO. 08cv2424-IEG(AJB)<br><br>Order Granting in Part Motion for Reconsideration |

 Respondent has filed a motion for reconsideration of the Court's order granting Petitioner a Certificate of Appealability. Respondent's motion is GRANTED IN PART. The Court limits its grant of a Certificate of Appealability to the question of whether Petitioner is entitled to equitable tolling of the statute of limitations because of his mental illness.

 **IT IS SO ORDERED.**

Dated: 10/20/09

IRMA E. GONZALEZ, Chief Judge
United States District Court

- 1 -

08cv2424